### MILLS *v.* BELL.

EVANS, P. J. "A justice of the peace has no authority to set aside a judgment rendered by him, and he may be restrained from so doing by the writ of prohibition." *Dougherty* v. *Walker*, 54 *Ga.* 595.

  *Judgment affirmed. Beck, J., absent. The other Justices concur.*
AUGUST 17, 1911.

Prohibition. Before Judge Frank Park. Grady superior court. March 6, 1911.

*Cain & Willie*, for plaintiffs in error. *R. R. Terrell*, contra.